THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Willie D.
 Reaves, Respondent,
 v.
 Franklin Reaves, Appellant.
 
 
 

Appeal From Marion County
William Young, Family Court Judge
Unpublished Opinion No. 2009-UP-172
Submitted April 1, 2009  Filed April 27,
 2009   
AFFIRMED

 
 
 
 Franklin C. Reaves, pro se Appellant.
 Willie D. Reaves, pro se Respondent.
 
 
 

PER CURIAM:  Franklin Reeves appeals from the family
 courts order finding him in contempt for
 his willful violation of the courts prior order to pay alimony to Willie
 Reaves.  We affirm pursuant
 to Rule 220(b), SCACR, and the following authorities: S.C Code Ann. § 63-3-620 (Supp. 2008) (An adult who
 willfully violates, neglects, or refuses to obey or perform a lawful order of the court . . . may be proceeded against for contempt of court.); Frye v. Frye, 323 S.C. 72, 75-76, 448
 S.E.2d 586, 588 (Ct. App. 1994) (citing Jordan v. Harrison, 303
 S.C. 522, 402 S.E.2d 188 (Ct. App. 1991)) ([W]here one held in contempt for violation of a court order complies with the order, his compliance renders
 the issue of contempt moot
 and precludes appellate review of the contempt proceeding.). 
AFFIRMED. [1] 
Huff, Williams, and Konduros, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.